JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK POWE, | Case No. C 04-00423 JSW |
| Plaintiff, | **STIPULATION AND SECOND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | Time: 1:30 p.m.<br>Date: June 17, 2005 |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; ALEX FAGAN, SR., in his capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; (First Name Unknown, "FNU") BONILLA, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive, | Honorable Jeffrey S. White |
| Defendants. / | |

## ORDER

Pursuant to the parties settlement and stipulation in the above-noted matter, the further case management conference is continued to  August 26, 2005  at  1:30 p.m.  .

Dated: June 13, 2005

/s/ Jeffrey S. White
Honorable Jeffrey S. White
United States Magistrate Judge