UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK POWE,

    Plaintiff,

  vs.

CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; ALEX FAGAN, SR., in his capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; (First Name Unknown, "FNU") BONILLA, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive,

    Defendants.

Case No. C 04-00423 JSW

**ORDER OF DISMISSAL**

**ORDER**

**IT IS HEREBY ORDERED** that this action shall be dismissed with prejudice, pursuant to plaintiff's dismissal through his counsel.

**IT IS SO ORDERED.**

Date: August 23, 2005

_____
Honorable Jeffery S. Whitee
United States District Court Judge

PLAINTIFF'S NOITICE OF DISMISSAL AND ORDER Case No.C04-00423 JSW  - 1